UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

                    Plaintiff,

          - against -

JR FAMILY LLC, ET AL.,

                    Defendants.

---

22-cv-2699 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 6, 2022, is canceled.

SO ORDERED.

Dated:     New York, New York
           June 30, 2022

                                        John G. Koeltl
                                United States District Judge