UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIELA DONCOUSE,<br><br>                            Plaintiff,<br><br>    -against-<br><br>JR FAMILY LLC, et al.,<br><br>                            Defendants. | 1:22-cv-02699 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On November 2, 2022, the Court ordered the parties to file a joint letter, pursuant to ECF No. 19, by December 5, 2022.  The parties have not done so.  The Court has already granted two extensions of this deadline.  Accordingly, the parties shall file a joint letter, containing all of the information requested at ECF No. 19, no later than **December 13, 2022**.

On November 10, 2022, Plaintiff filed waivers of service of the Complaint executed by both Defendants.  ECF Nos. 25-26.  In light of those waivers, Defendants shall answer or respond to the Complaint by **January 9, 2023**.  The previously imposed deadline for Plaintiff to move for default judgment by December 19, 2022 is adjourned.  *See* ECF No. 24.

 IT IS FURTHER ORDERED that, by **January 3, 2023**, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  In their discussions, the parties should consider whether Plaintiff has satisfied the threshold requirement of standing.  *See e.g.*, *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68, 77-78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.*, 28 F.4th 435, 443-44 (2d Cir. 2022).  To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that, by **January 9, 2023**, the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference.

Dated: December 8, 2022
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge