UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GRACIELA DONCOUSE,

                              Plaintiff,                    *Civil Action No.*

       -against-                                  1:22-cv-02699-JLR

DEATH BY PIZZA LLC AND JR FAMILY LLC,

                              Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **GRACIELA DONCOUSE** and Defendants, **DEATH BY PIZZA LLC AND JR FAMILY LLC,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

Dated: March 1, 2023

By: _____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 4H
New York, NY 10022
T:(646) 770-3775